*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joseph P. Bingham
    Debtor(s)

Case No: 16–16696–jkf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay First & Second
Installment Payments totaling
$150.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 1/11/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: December 19, 2016

19
Form 175