FIA Card Services, N.A. as successor in
interest to Bank of America, N.A. (USA) and
MBNA America Bank, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  JOSEPH P. BINGHAM
CHAPTER 13; CASE NUMBER  16-16696

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of FIA Card Services, N.A. as successor in interest to Bank of America, N.A. (USA) and MBNA America Bank, N.A.
2. For account 3075  in the amount of $ 2036.72
3. Docketed by the court on January 27, 2017, Claim number 7.

   You are notified that such proof of claim is hereby withdrawn, as it was filed in error.

DATED: March 22, 2017

FIA Card Services, N.A. as successor in interest to Bank of America, N.A. (USA) and
MBNA America Bank, N.A.

/s/  Jeffrey Randall