United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-16696-jkf
Joseph P. Bingham                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2        Date Rcvd: Jun 29, 2017
                           Form ID: pdf900        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db          +Joseph P. Bingham,   3229 Disston Street,   Philadelphia, PA 19149-2021
13795687    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bankamerica,   Po Box 982238,   El Paso, TX 79998)
13840769     BANK OF AMERICA, N.A.,   Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
13795685    +Bank of America,   4909 Savarese Circle,   Tampa, FL 33634-2413
13857267    +Bank of America N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13795686    +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
13795688     Cach Llc,   Pob 5980,   Denver, CO 80127
13795689    +Chase Card,   P.o. Box 15298,   Wilmington, DE 19850-5298
13795692    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial Llc,   332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
13860722     Emergency Care Services of PA, PC,   PO Box 1123,   Minneapolis, MN 55440-1123
13883538    +Ford Motor Credit Company LLC,   1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5601
13795694    +Frd Motor Cr,   Po Box Box 542000,   Omaha, NE 68154-8000
13795695    +Kwartler Manus, LLC,   1429 Walnut Street,   Suite 701,   Philadelphia, PA 19102-3207
13863273    +LSF9 Master Participation Trust,   c/o Caliber Home Loans, Inc.,   13801 Wireless Way,
              Oklahoma City, OK 73134-2500
13795696    +Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
13795698    +Santander Consumer Usa,   Po Box 961245,   Fort Worth, TX 76161-0244
13795699    +Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jun 30 2017 01:21:45     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2017 01:21:15
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2017 01:21:43     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13880988    +E-mail/Text: bankruptcy@phila.gov Jun 30 2017 01:21:45
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,   BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13795691    +E-mail/PDF: creditonebknotifications@resurgent.com Jun 30 2017 01:16:30     Credit One Bank Na,
              Po Box 98875,   Las Vegas, NV 89193-8875
13795693    +E-mail/Text: bknotice@erccollections.com Jun 30 2017 01:21:31     Enhanced Recovery Co L,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13863273    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 30 2017 01:22:04
              LSF9 Master Participation Trust,   c/o Caliber Home Loans, Inc.,   13801 Wireless Way,
              Oklahoma City, OK 73134-2500
13843751     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2017 01:16:31
              LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13795697    +E-mail/Text: bankruptcy@onlineis.com Jun 30 2017 01:21:58     Online Collections,   Pob 1489,
              Winterville, NC 28590-1489
13795690     E-mail/Text: creditreconciliation@peoples.com Jun 30 2017 01:21:29     Citizens Bank,
              1000 Lafayette Blvd,   Bridgeport, CT 06604
                                                                              TOTAL: 10


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13857949*    +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13808002*    +SANTANDER CONSUMER USA, INC.,   P.O. BOX 961245,   FORT WORTH, TX 76161-0244
13795684     ##+Ars,   1801 Nw 66th Ave,   Fort Lauderdale, FL 33313-4571
                                                                        TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2        User: Antoinett      Page 2 of 2           Date Rcvd: Jun 29, 2017
                           Form ID: pdf900       Total Noticed: 26
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
          BRANDON J. PERLOFF   on behalf of Debtor Joseph P. Bingham bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JEROME B. BLANK   on behalf of Creditor   Bank Of America, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ROBERT PATRICK WENDT   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
          THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   LSF9 Master Participation Trust
           pa.bkecf@fedphe.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Ditech Financial LLC pa.bkecf@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                    TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Joseph P. Bingham | : | Bky. No. 16-16696-jkf |
| Debtor | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS**
**FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy ease is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Date:

_____
JEAN K. FITZSIMON
U.S. BANRUPTCY JUDGE.

**Date: June 29, 2017**