# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     Joseph P. Bingham | : | |
|     Debtor | : | |
| | : | Bky. No. 16-16696-jkf |

## CERTIFICATION OF NO RESPONSE
## TO APPLICATION FOR COMPENSATION

    I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that after the APPLICATION FOR COMPENSATION as well as the NOTICE thereof was served on all interested parties on 4/24/2017; neither an objection to the proposed compensation nor an application for any other administrative expenses has been filed. This Certification is being filed in accordance with this Honorable Court's Order dismissing the Debtor's case, filed on 6/29/2017.

    WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

                                                             Respectfully submitted,

July 27, 2017                                             /s/ Brandon Perloff, Esq.
                                                                  Brandon Perloff, Esquire
                                                                  1429 Walnut Street, Suite 701
                                                                  Philadelphia, PA 19102
                                                                  267-457-5570
                                                                  Attorney for the Debtor