United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph P. Bingham
    Debtor

Case No. 16-16696-jkf
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Jul 28, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
db             +Joseph P. Bingham,    3229 Disston Street,    Philadelphia, PA 19149-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
        BRANDON J. PERLOFF    on behalf of Debtor Joseph P. Bingham bperloff@kminjurylawyers.com,
         kmecf1429@gmail.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ROBERT PATRICK WENDT    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 Master Participation Trust
         pa.bkecf@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC pa.bkecf@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                                                 TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Joseph P. Bingham

13

Bky No. 16-16696 - jkf

Debtor(s).

### ORDER

**AND NOW,** this _____ day of _____ 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,400.00 less $1,573.00 already paid with a remaining balance of $1,827.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:** *[signature: Jean K. FitzSimon]*

**Date: July 28, 2017**

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**CC:**   **Brandon Perloff, Esq.**
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Joseph P. Bingham
3229 Disston Street
Philadelphia, PA 19149